Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12633−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marie R ST−Phard
  aka Marie R St. Phard, aka Marie R Saint
  Phard, aka Marie R STPhard
  762−764 Stuyvesant Avenue
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−8898

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 03/05/2017 and a confirmation hearing on such Plan has been scheduled for 4/27/2017.

The debtor filed a Modified Plan on 04/29/2017 and a confirmation hearing on the Modified Plan is scheduled for 6/8/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 1, 2017
JAN: dmc

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                               Case No. 17-12633-JKS
Marie R ST-Phard                                                     Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2          Date Rcvd: May 01, 2017
                               Form ID: 186                 Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db             Marie R ST-Phard,    762-764 Stuyvesant Avenue,    Irvington, NJ 07111
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
lm            +Ditech Financial, LLC.,    1100 Virginia Drive,    Ste 100A,    Fort Wasington, PA 19034-3204
516639369     +Annie Sez,   401 Hackensack Ave,    Hackensack, NJ 07601-6411
516639370    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
516639371     +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516639374    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa NA,     15000 Capital One Drive,
               Richmond, VA 23238)
516727039      CW Nexus Credit Card Holdings l, LLC,     c/o Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
516639372     +Capital One,    PO Box 30253,   Salt Lake City, UT 84130-0253
516639375     +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
516639376     +Comenity Bank/Annie Sez,    995 W 122nd Avenue,    Westminster, CO 80234-3417
516639377     +Comenity Bank/Brylane Home,    PO Box 182789,    Columbus, OH 43218-2789
516639378     +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516743303      Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516639380      Ditech,   PO Box 6176,    Rapid City, SD 57709-6176
516639381     +Ditech Financial,    1100 Virginia Dr., #100A,    Fort Washington, PA 19034-3204
516639383    ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,     500 E. 60th Street,    Sioux Falls, SD 57104)
516639382     +First National Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
516791617     +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516639389      Pluese, Becker & Saltzman,    20000 Horizon Way, Ste. 900,     Mount Laurel, NJ 08054-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:09:28      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:09:27      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516639379     +E-mail/Text: creditonebknotifications@resurgent.com May 01 2017 22:09:11      Credit One Bank NA,
               PO Box 98875,    Las Vegas, NV 89193-8875
516771074      E-mail/Text: bankruptcy.bnc@ditech.com May 01 2017 22:09:20
               Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516639387      E-mail/Text: cio.bncmail@irs.gov May 01 2017 22:09:17      Internal Revenue Service,
               Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
516789288      E-mail/PDF: resurgentbknotifications@resurgent.com May 01 2017 22:05:55      LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516727038      E-mail/Text: bkr@cardworks.com May 01 2017 22:09:06      Merrick Bank,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516639388     +E-mail/Text: bkr@cardworks.com May 01 2017 22:09:06      Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
516756272      E-mail/Text: bnc-quantum@quantum3group.com May 01 2017 22:09:24
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
516639390     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:05:52      Syncb,    PO Box 965024,
               Orlando, FL 32896-5024
516639391     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:05:52      Syncb/Care Credit,
               PO Box 965036,    Orlando, FL 32896-5036
516639392     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:06:10      Syncb/JC Penny,    PO Box 965007,
               Orlando, FL 32896-5007
516639393     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:05:52      Syncb/Lowes,    PO Box 956005,
               Orlando, FL 32896-0001
516639394     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:06:10      Syncb/Sleepys,    PO Box 965036,
               Orlando, FL 32896-5036
516639395     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:05:52      Syncb/Tjx Cos,    PO Box 965005,
               Orlando, FL 32896-5005
516639396      E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:05:52      Syncb/Walmart,    PO Box 965024,
               El Paso, TX 79998
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516639373*    +Capital One,    PO Box 30253,   Salt Lake City, UT 84130-0253
516639386*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     P0 Box 105572,    Atlanta, GA 30348)
516639385*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     PO Box 724,
               Springfield, NJ 07081-0724)
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: May 01, 2017
                              Form ID: 186             Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
516639384*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   Special Procedures Function,
                   PO Box 724,   Springfield, NJ 07081)
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Ditech Financial, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Marie R ST-Phard bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```