Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:   MARIE R. ST.-PHARD,

Case No.: 17-12633 JKS

Judge: JOHN K. SHERWOOD

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            ☒ Discharge Sought

☐ Motions Included    ☐ Modified/No Notice Required        ☐ No Discharge Sought

Date:   APRIL 29, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1:   Payment and Length of Plan |
|---|

a.  The debtor shall pay $ 300 per MONTH to the Chapter 13 Trustee, starting on    MARCH OF 2017 for approximately SIXTY (60) months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒  Future earnings

☐  Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description:  762-764 STUYVESANT AVENUE, IRVINGTON, NEW JERSEY.  TRUSTEE IS NOT TO PAY DITECH FINANCIAL'S PRE-PETITION MORTGAGE ARREARAGE CLAIM.  ARREARS DUE TO DITECH FINANCIAL, TO BE ADDRESSED THROUGH LOAN MODIFICATION.   DEBTOR TO MAKE LOSS MITIGATION PAYMENT, NOT REGULAR MONTHLY MORTGAGE PAYMENT TO DITECH FINANCIAL.  ARREARS TO BE ADDRESSED THROUGH LOAN MODIFICATION.
Proposed date for completion: AUGUST 31, 2017, OR AS EXTENDED BY THE COURT

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐Other information that may be important relating to the payment and length of plan:

### Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| HERBERT B. RAYMOND, ESQ., ATTORNEYS AT LAW | ADMINISTRATIVE EXPENSE (COUNSEL FEES & SUPP. FEES) | $1,592 (BALANCE OF ORIG. FEE PLUS SUPP. COUNSEL FEES IF APPLICABLE) |
| MARIE-ANN GREENBERG, ESQ., CHAPTER 13 TRUSTEE | ADMINISTRATIVE EXPENSE | $1,200 |
| INTERNAL REVENUE SERVICE | INCOME TAX LIABILITY | $14,390.16 |

### Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Modification

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **d. Secured Claims Unaffected by the Plan** <br> The following secured claims are unaffected by the Plan: | | | |
| **e. Secured Claims to be Paid in Full Through the Plan**: | | | |
| Creditor | Collateral | | Total Amount to be Paid Through the Plan |
|  |  |  |  |

## Part 5: Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than __ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|

| | | |
|---|---|---|
| | | |

| Part 7: | Motions |
|---|---|

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|

|  |  |  |
|---|---|---|
| **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above: |||

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Counsel Fees and Supplemental Counsel Fees

3) Secured Claims and then Priority Claims

4) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: MARCH 5, 2017

| Explain below **why** the plan is being modified:<br>TO EXTEND THE TERM OF THE PLAN TO ADDRESS THE CLAIM OF THE INTERNAL REVENUE SERVICE WHICH IS HIGHER THAN ESTIMATED | Explain below **how** the plan is being modified:<br>THE PLAN TERM IS BEING EXTENDED FROM THIRTY-SIX TO SIXTY MONTHS TO COVER THE INTERNAL REVENUE SERVICE CLAIM WHICH IS HIGHER THAN SCHEDULED IN THE PLAN |
|---|---|

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

**Part 10:   Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: APRIL 29, 2017                                         /S/ HERBERT B. RAYMOND, ESQ.
                                                             Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:  APRIL 29, 2017                                        /S/ MARIE R. ST-PHARD
                                                             Debtor

Date:
                                                             Joint Debtor

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                            Case No. 17-12633-JKS
Marie R ST-Phard                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                 Page 1 of 2          Date Rcvd: May 01, 2017
                             Form ID: pdf901             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db             Marie R ST-Phard,    762-764 Stuyvesant Avenue,    Irvington, NJ   07111
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
lm            +Ditech Financial, LLC.,    1100 Virginia Drive,   Ste 100A,    Fort Wasington, PA 19034-3204
516639369     +Annie Sez,    401 Hackensack Ave,   Hackensack, NJ 07601-6411
516639370    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
516639371     +Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
516639374    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa NA,     15000 Capital One Drive,
                Richmond, VA 23238)
516727039      CW Nexus Credit Card Holdings l, LLC,    c/o Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
516639372     +Capital One,    PO Box 30253,   Salt Lake City, UT 84130-0253
516639375     +Comenity Bank,    PO Box 182789,   Columbus, OH 43218-2789
516639376     +Comenity Bank/Annie Sez,    995 W 122nd Avenue,   Westminster, CO 80234-3417
516639377     +Comenity Bank/Brylane Home,    PO Box 182789,   Columbus, OH 43218-2789
516639378     +Credit First N A,    6275 Eastland Rd,   Brookpark, OH 44142-1399
516743303      Credit First NA,    BK13 Recovery Services,   PO Box 818011,    Cleveland, OH 44181-8011
516639380      Ditech,   PO Box 6176,   Rapid City, SD 57709-6176
516639381     +Ditech Financial,    1100 Virginia Dr., #100A,   Fort Washington, PA 19034-3204
516639383    ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,    500 E. 60th Street,    Sioux Falls, SD 57104)
516639382     +First National Bank,    500 E 60th St N,   Sioux Falls, SD 57104-0478
516791617     +MIDLAND FUNDING LLC,    PO BOX 2011,   WARREN, MI 48090-2011
516639389      Pluese, Becker & Saltzman,    20000 Horizon Way, Ste. 900,    Mount Laurel, NJ 08054-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:58:55       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:58:53       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516639379      +E-mail/Text: creditonebknotifications@resurgent.com May 01 2017 22:58:19       Credit One Bank NA,
                 PO Box 98875,   Las Vegas, NV 89193-8875
516771074       E-mail/Text: bankruptcy.bnc@ditech.com May 01 2017 22:58:41
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516639387       E-mail/Text: cio.bncmail@irs.gov May 01 2017 22:58:32       Internal Revenue Service,
                 Insolvency Operations,    PO Box 21125,   Philadelphia, PA 19114
516789288       E-mail/PDF: resurgentbknotifications@resurgent.com May 01 2017 22:52:06       LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC  29603-0587
516727038       E-mail/Text: bkr@cardworks.com May 01 2017 22:58:12       Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
516639388      +E-mail/Text: bkr@cardworks.com May 01 2017 22:58:12       Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516756272       E-mail/Text: bnc-quantum@quantum3group.com May 01 2017 22:58:45
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
516639390      +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:01       Syncb,    PO Box 965024,
                 Orlando, FL 32896-5024
516639391      +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:54       Syncb/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
516639392      +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:54       Syncb/JC Penny,    PO Box 965007,
                 Orlando, FL 32896-5007
516639393      +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:01       Syncb/Lowes,    PO Box 956005,
                 Orlando, FL 32896-0001
516639394      +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:01       Syncb/Sleepys,    PO Box 965036,
                 Orlando, FL 32896-5036
516639395      +E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:54       Syncb/Tjx Cos,    PO Box 965005,
                 Orlando, FL 32896-5005
516639396       E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:54       Syncb/Walmart,    PO Box 965024,
                 El Paso, TX 79998
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516639373*     +Capital One,   PO Box 30253,    Salt Lake City, UT 84130-0253
516639386*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    P0 Box 105572,    Atlanta, GA 30348)
516639385*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    PO Box 724,
                 Springfield, NJ 07081-0724)
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 01, 2017
                               Form ID: pdf901          Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****
516639384*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   Special Procedures Function,
                PO Box 724,   Springfield, NJ 07081)
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Ditech Financial, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Marie R ST-Phard bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```