Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−12633−JKS
> Chapter: 13
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie R ST−Phard
   aka Marie R St. Phard, aka Marie R Saint
   Phard, aka Marie R STPhard
   762−764 Stuyvesant Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8898

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      8/10/17
Time:      11:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
HERBERT B. RAYMOND, ESQ.

COMMISSION OR FEES
$1350.00

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 5, 2017
JAN: zlh

Jeanne Naughton
Clerk