Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−12633−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie R ST−Phard
   aka Marie R St. Phard, aka Marie R Saint
   Phard, aka Marie R STPhard
   762−764 Stuyvesant Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8898

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    8/10/17
Time:    11:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
HERBERT B. RAYMOND, ESQ.

COMMISSION OR FEES
$1350.00

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 5, 2017
JAN: zlh

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12633-JKS
Marie R ST-Phard                                                        Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 05, 2017
                              Form ID: 137             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db              Marie R ST-Phard,    762-764 Stuyvesant Avenue,    Irvington, NJ  07111
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Ditech Financial, LLC.,    1100 Virginia Drive,    Ste 100A,    Fort Wasington, PA 19034-3204
516639369      +Annie Sez,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
516639370     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     PO Box 982238,    El Paso, TX 79998)
516639371      +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516639374     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa NA,     15000 Capital One Drive,
                 Richmond, VA 23238)
516727039       CW Nexus Credit Card Holdings l, LLC,    c/o Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516639372      +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
516639375      +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
516639376      +Comenity Bank/Annie Sez,    995 W 122nd Avenue,    Westminster, CO 80234-3417
516639377      +Comenity Bank/Brylane Home,    PO Box 182789,    Columbus, OH 43218-2789
516639378      +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516743303       Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516639380       Ditech,    PO Box 6176,    Rapid City, SD 57709-6176
516639381      +Ditech Financial,    1100 Virginia Dr., #100A,    Fort Washington, PA 19034-3204
516639383     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court:  Fsb Blaze,     500 E. 60th Street,    Sioux Falls, SD 57104)
516639382      +First National Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
516791617      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516639389       Pluese, Becker & Saltzman,    20000 Horizon Way, Ste. 900,    Mount Laurel, NJ 08054-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 00:12:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2017 00:12:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516872286      +E-mail/Text: bankruptcy@cavps.com Jul 06 2017 00:12:48      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516639379      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 06 2017 00:03:58      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV 89193-8875
516771074       E-mail/Text: bankruptcy.bnc@ditech.com Jul 06 2017 00:12:13
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516639387       E-mail/Text: cio.bncmail@irs.gov Jul 06 2017 00:12:02      Internal Revenue Service,
                 Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
516789288       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 06 2017 00:04:25      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516727038       E-mail/Text: bkr@cardworks.com Jul 06 2017 00:11:48      Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516639388      +E-mail/Text: bkr@cardworks.com Jul 06 2017 00:11:48      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
516889242       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 00:16:00
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516890334       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 00:16:14
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516756272       E-mail/Text: bnc-quantum@quantum3group.com Jul 06 2017 00:12:20
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516639390      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 00:03:44      Syncb,    PO Box 965024,
                 Orlando, FL 32896-5024
516639391      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 00:04:01      Syncb/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
516639392      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 00:03:44      Syncb/JC Penny,    PO Box 965007,
                 Orlando, FL 32896-5007
516639393      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 00:04:24      Syncb/Lowes,    PO Box 956005,
                 Orlando, FL 32896-0001
516639394      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 00:04:22      Syncb/Sleepys,    PO Box 965036,
                 Orlando, FL 32896-5036
516639395      +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 00:04:23      Syncb/Tjx Cos,    PO Box 965005,
                 Orlando, FL 32896-5005
516639396       E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2017 00:04:22      Syncb/Walmart,    PO Box 965024,
                 El Paso, TX 79998
                                                                                              TOTAL: 19
```

```
District/off: 0312-2           User: admin                 Page 2 of 2                   Date Rcvd: Jul 05, 2017
                               Form ID: 137                Total Noticed: 39
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516639373*      +Capital One,   PO Box 30253,   Salt Lake City, UT 84130-0253
516639386*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   P0 Box 105572,   Atlanta, GA 30348)
516639385*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   PO Box 724,
                 Springfield, NJ 07081-0724)
516639384*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   Special Procedures Function,
                 PO Box 724,   Springfield, NJ 07081)
                                                                                          TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Ditech Financial, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Marie R ST-Phard bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```