Order Filed on August 14, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M.
Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
```

| In Re: | Case No.:  17-12633 (JKS) |
|---|---|
| MARIE ST-PHARD, | Adv. No.: |
| DEBTOR(S) | Hearing Date: |
|  | Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: August 14, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Marie St-Phard,  Debtor(s)

Case no.:  17-12633 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

_____

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

  ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,350.00** for services rendered and expenses in the amount **$40.00**   for a total of **$1,390.00**.  The allowance shall be payable

  ___XXXX___   through the Chapter 13 plan as an administrative priority.

  _____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.