Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−12633−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie R ST−Phard
   aka Marie R St. Phard, aka Marie R Saint
   Phard, aka Marie R STPhard
   762−764 Stuyvesant Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8898

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/13/18 at 11:00 AM

to consider and act upon the following:

*56* − Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 9/29/2017 to 8/10/2018, fee: $1000.00, expenses: $0. Filed by Herbert B. Raymond. Objection deadline is 8/17/2018. (Attachments: # 1 Proposed Order Allowing Supplemental Counsel Fees # 2 Certificate of Service) (Raymond, Herbert)

*57* − Objection to Supplemental Application for Compensation (related document:56 Supplemental Application for Compensation for Herbert B. Raymond, Debtor's Attorney, period: 9/29/2017 to 8/10/2018, fee: $1000.00, expenses: $0. Filed by Herbert B. Raymond. Objection deadline is 8/17/2018. (Attachments: # 1 Proposed Order Allowing Supplemental Counsel Fees # 2 Certificate of Service) filed by Debtor Marie R ST−Phard) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 8/16/18

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court