```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M.
Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
```

**Order Filed on September 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 17-12633 (JKS) |
| MARIE ST-PHARD, | Adv. No.: |
| DEBTOR(S) | Hearing Date: |
| | Judge: JOHN SHERWOOD |

AMENDED ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: September 20, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Marie St-Phard,  Debtor(s)

Case no.:  17-12633 (JKS)

Caption of order: Amended Order Granting Supplemental Counsel Fees

_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,000.00** for services rendered and expenses in the amount **$0.00**   for a total of **$1,000.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

***The debtor's monthly plan payment is modified to require payments as follows:***

   **$300 per month for nineteen (19) months**

   **$318 per month for forty-one (41) months starting October 2018**

***These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.***

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.