Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−12633−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie R ST−Phard
   aka Marie R St. Phard, aka Marie R Saint
   Phard, aka Marie R STPhard
   762−764 Stuyvesant Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8898

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/24/19 at 10:00 AM

to consider and act upon the following:

*66* − Notice of Request for Loss Mitigation re:Selene Finance, LP, filed by Herbert B. Raymond on behalf of Marie R ST−Phard. Objection deadline is 10/4/2019. (Attachments: # 1 Proposed Order Requiring Loss Mitigation # 2 Certificate of Service) (Raymond, Herbert)

Dated: 10/7/19

                                  Jeanne Naughton
                                  Clerk, U.S. Bankruptcy Court