**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
MARIE R. ST.-PHARD,

Debtor(s)

Case No.: 17-12633 JKS  
Judge: SHERWOOD

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required Date: APRIL 18, 2020  
☐ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __HR__    Initial Debtor: __MS__    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____\*\*\*_____ per \_\_\_\_\_MONTH\_\_\_\_\_ to the Chapter 13 Trustee, starting on _____MARCH OF 2017_____ for approximately _____84_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

   ☒    Future earnings

   ☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

   ☐  Sale of real property
   Description:
   Proposed date for completion: _____

   ☐  Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐  Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☒ Other information that may be important relating to the payment and length of plan:

\*\*\* i. $12,240 paid in to date through March of 2020 (over 37 months);
   ii. $350 per month, starting in April of 2020, for a period of forty-seven (47) months

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | NONE AS TO DOMESTIC SUPPORT | $ Supp. Fees |
| INTERNAL REVENUE SERVICE | PRIORITY INCOME TAX LIABILITY | $13,036.47 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| VRMTG ASSET TRUST MORTGAGE AGAINST REAL PROPERTY | MORTGAGE RE: 762-764 Stuyvesant Ave., Irvington, NJ | POST PET. ARREARS OF $8,448.98 PLUS LEGAL FEES AND COSTS OF $531, FOR A TOTAL DUE POST-PET. TO BE PAID BY TRUSTEE OF $8,979.98 | N/A | $8,979.98 POST PET ARREARS AND LEGAL FEES AND COSTS | REGULAR PAYMENTS STARTING DECEMBER 1, 2019, TO BE PAID BY DEBTOR TO VRMTG ASSET TRUST MORTGAGE |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

   The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees & Supp. Counsel Fees (Fully paid before other Claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: DECEMBER 20, 2019                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| TO EXTEND THE TERM OF THE PLAN TO EIGHTY-FOUR MONTHS. THE DEBTOR HAD A CLEANING BUSINESS WHICH HAS ESSENTIALLY STOPPED BECAUSE NO ONE WANTERS HER TO CLEAN THEIR HOME  BECAUSE OF THE HEALTH SITUATION.  IN ADDITION, THE RENTAL INCOME RELIED ON BY THE DEBTOR IS NOT FORTHCOMING BECAUSE THE TENANTS ARE OUT OF | WORK.  THE PLAN PAYMENTS ARE BEING REDUCED TO $350 PER MONTH, STARTING IN APRIL OF 2020 FOR A PERIOD OF 47 MONTHS WHICH IS MOSTLY CONSISTENT WITH THE ORIGINALLY CONFIRMED PLAN IN TERMS OF PAYMENTS, BUT FOR THE EXTENSION. |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: APRIL 18, 2020                              /S/ MARIE R. ST.-PHARD
                                                  Debtor

Date: _____                             _____
                                                  Joint Debtor

Date: APRIL 18, 2020                              /S/ HERBERT B. RAYMOND, ESQ.
                                                  Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                     Case No. 17-12633-JKS
Marie R ST-Phard                                                           Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Apr 20, 2020
                              Form ID: pdf901              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db             Marie R ST-Phard,    762-764 Stuyvesant Avenue,    Irvington, NJ 07111
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
lm            +Ditech Financial, LLC.,    1100 Virginia Drive,    Ste 100A,    Fort Wasington, PA 19034-3277
516639370    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
516639371     +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516639378     +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516743303      Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516639380      Ditech,    PO Box 6176,    Rapid City, SD 57709-6176
516639381     +Ditech Financial,    1100 Virginia Dr., #100A,    Fort Washington, PA 19034-3277
516771074      Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516639383    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
             (address filed with court: Fsb Blaze,     500 E. 60th Street,    Sioux Falls, SD 57104)
516639382     +First National Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
516639389     +Pluese, Becker & Saltzman,    20000 Horizon Way, Ste. 900,    Mount Laurel, NJ 08054-4318
518449528     +VRMTG Asset Trust,    Selene Finance, LP,    9990 Richmond Ave., Suite 400 South,
               Attn BK Dept,    Houston TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 00:03:50      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 00:03:47     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
               Newark, NJ 07102-5235
516639369     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 21 2020 00:03:24     Annie Sez,
               401 Hackensack Ave,    Hackensack, NJ 07601-6411
516639374      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 00:12:38
               Capital One Bank Usa NA,    15000 Capital One Drive,    Richmond, VA 23238
516727039      E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 21 2020 00:13:56
               CW Nexus Credit Card Holdings l, LLC,    c/o Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
516639372     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 00:12:39     Capital One,
               PO Box 30253,    Salt Lake City, UT 84130-0253
516872286     +E-mail/Text: bankruptcy@cavps.com Apr 21 2020 00:04:02      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516639375     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 21 2020 00:03:24     Comenity Bank,
               PO Box 182789,    Columbus, OH 43218-2789
516639376     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 21 2020 00:03:24     Comenity Bank/Annie Sez,
               995 W 122nd Avenue,    Westminster, CO 80234-3417
516639377     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 21 2020 00:03:24     Comenity Bank/Brylane Home,
               PO Box 182789,    Columbus, OH 43218-2789
516639379     +E-mail/PDF: creditonebknotifications@resurgent.com Apr 21 2020 00:13:28     Credit One Bank NA,
               PO Box 98875,    Las Vegas, NV 89193-8875
516639387      E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 21 2020 00:03:09      Internal Revenue Service,
               Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
516789288      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 21 2020 00:12:47     LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516791617     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 21 2020 00:03:46     MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN, MI 48090-2011
516727038      E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 21 2020 00:12:26     Merrick Bank,
               c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516639388     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 21 2020 00:14:07     Merrick Bank,
               PO Box 9201,    Old Bethpage, NY 11804-9001
516889242      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2020 00:12:42
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516890334      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 21 2020 00:12:49
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
               Norfolk VA 23541
516756272      E-mail/Text: bnc-quantum@quantum3group.com Apr 21 2020 00:03:39
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
516639390     +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:13:56      Syncb,    PO Box 965024,
               Orlando, FL 32896-5024
516639391     +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:13:07      Syncb/Care Credit,
               PO Box 965036,    Orlando, FL 32896-5036
516639392     +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:13:08      Syncb/JC Penny,    PO Box 965007,
               Orlando, FL 32896-5007
516639393     +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:12:27      Syncb/Lowes,    PO Box 956005,
               Orlando, FL 32896-0001
516639394     +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:13:10      Syncb/Sleepys,    PO Box 965036,
               Orlando, FL 32896-5036
516639395     +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:13:08      Syncb/Tjx Cos,    PO Box 965005,
               Orlando, FL 32896-5005
```

```
District/off: 0312-2               User: admin                Page 2 of 2                Date Rcvd: Apr 20, 2020
                                   Form ID: pdf901            Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516639396          E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 00:12:25      Syncb/Walmart,    PO Box 965024,
                 El Paso, TX 79998
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516639373*       +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
516639386*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    P0 Box 105572,    Atlanta, GA 30348)
516639385*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    PO Box 724,
                   Springfield, NJ 07081-0724)
516639384*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    Special Procedures Function,
                   PO Box 724,    Springfield, NJ 07081)
518449529*       +VRMTG Asset Trust,    Selene Finance, LP,    9990 Richmond Ave.,    Suite 400 South,
                   Attn BK Dept,    Houston TX 77042-4546
                                                                                              TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Ditech Financial, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    VRMTG Asset Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond     on behalf of Debtor Marie R ST-Phard herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    VRMTG Asset Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Sindi  Mncina    on behalf of Creditor    VRMTG Asset Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```