Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−12633−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie R ST−Phard
   aka Marie R St. Phard, aka Marie R Saint
   Phard, aka Marie R STPhard
   762−764 Stuyvesant Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8898

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     5/28/20
Time:     10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$1250.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 8, 2020
JAN:

                Jeanne Naughton
                Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                   Case No. 17-12633-JKS
Marie R ST-Phard                                         Chapter 13
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2      Date Rcvd: May 08, 2020
                              Form ID: 137             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
db              Marie R ST-Phard,    762-764 Stuyvesant Avenue,    Irvington, NJ   07111
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Ditech Financial, LLC.,    1100 Virginia Drive,    Ste 100A,    Fort Wasington, PA 19034-3277
516639370     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
516639371      +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516639378      +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516743303       Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516639380       Ditech,   PO Box 6176,    Rapid City, SD 57709-6176
516639381      +Ditech Financial,    1100 Virginia Dr., #100A,    Fort Washington, PA 19034-3277
516771074       Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516639383     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court:   Fsb Blaze,    500 E. 60th Street,    Sioux Falls, SD 57104)
516639382      +First National Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
516639389      +Pluese, Becker & Saltzman,    20000 Horizon Way, Ste. 900,    Mount Laurel, NJ 08054-4318
518449528      +VRMTG Asset Trust,    Selene Finance, LP,    9990 Richmond Ave., Suite 400 South,
                 Attn BK Dept,    Houston TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2020 22:51:38      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2020 22:51:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516639369      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 08 2020 22:51:25      Annie Sez,
                 401 Hackensack Ave,    Hackensack, NJ 07601-6411
516639374       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 08 2020 22:58:11
                 Capital One Bank Usa NA,    15000 Capital One Drive,    Richmond, VA 23238
516727039       E-mail/PDF: MerrickBKNotifications@Resurgent.com May 08 2020 22:57:18
                 CW Nexus Credit Card Holdings l, LLC,    c/o Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516639372      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 08 2020 22:57:44      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
516872286      +E-mail/Text: bankruptcy@cavps.com May 08 2020 22:51:47      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516639375      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 08 2020 22:51:25      Comenity Bank,
                 PO Box 182789,    Columbus, OH 43218-2789
516639376      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 08 2020 22:51:25      Comenity Bank/Annie Sez,
                 995 W 122nd Avenue,    Westminster, CO 80234-3417
516639377      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 08 2020 22:51:25      Comenity Bank/Brylane Home,
                 PO Box 182789,    Columbus, OH 43218-2789
516639379      +E-mail/PDF: creditonebknotifications@resurgent.com May 08 2020 22:57:49      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV 89193-8875
516639387      +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 08 2020 22:51:18      Internal Revenue Service,
                 Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
516789288       E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2020 22:57:52      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516791617      +E-mail/Text: bankruptcydpt@mcmcg.com May 08 2020 22:51:35      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516727038       E-mail/PDF: MerrickBKNotifications@Resurgent.com May 08 2020 22:57:39      Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516639388      +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 08 2020 22:57:17      Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
516889242       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2020 22:57:47
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516890334       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2020 22:57:21
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516756272       E-mail/Text: bnc-quantum@quantum3group.com May 08 2020 22:51:29
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516639390      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:57:15      Syncb,    PO Box 965024,
                 Orlando, FL 32896-5024
516639391      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:58:05      Syncb/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
516639392      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:57:38      Syncb/JC Penny,    PO Box 965007,
                 Orlando, FL 32896-5007
516639393      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:58:06      Syncb/Lowes,    PO Box 956005,
                 Orlando, FL 32896-0001
516639394      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:57:15      Syncb/Sleepys,    PO Box 965036,
                 Orlando, FL 32896-5036
516639395      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:57:15      Syncb/Tjx Cos,    PO Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 08, 2020
                              Form ID: 137             Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516639396         E-mail/PDF: gecsedi@recoverycorp.com May 08 2020 22:58:08       Syncb/Walmart,   PO Box 965024,
                  El Paso, TX 79998
                                                                                                  TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516639373*       +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
516639386*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    P0 Box 105572,    Atlanta, GA 30348)
516639385*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    PO Box 724,
                  Springfield, NJ 07081-0724)
516639384*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    Special Procedures Function,
                  PO Box 724,    Springfield, NJ 07081)
518449529*       +VRMTG Asset Trust,    Selene Finance, LP,    9990 Richmond Ave.,    Suite 400 South,
                  Attn BK Dept,    Houston TX 77042-4546
                                                                                       TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Ditech Financial, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    VRMTG Asset Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Marie R ST-Phard herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    VRMTG Asset Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Sindi Mncina    on behalf of Creditor    VRMTG Asset Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 8
```