UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

**Order Filed on June 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  MARIE ST-PHARD,

  DEBTOR(S)

Case No.:  17-12633 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: June 1, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Marie St-Phard,  Debtor(s)

Case no.:  17-12633 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,250.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,250.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.