Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17−12633−JKS
                          Chapter: 13
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marie R ST−Phard
    aka Marie R St. Phard, aka Marie R Saint
    Phard, aka Marie R STPhard
    762−764 Stuyvesant Avenue
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−8898

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       1/14/21
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$1250.00

EXPENSES
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

      ☑    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows: POT PLAN

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 18, 2020
JAN: zlh

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12633-JKS |
| Marie R ST-Phard | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 18, 2020 | Form ID: 137 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marie R ST-Phard, 762-764 Stuyvesant Avenue, Irvington, NJ 07111 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| lm | + | Ditech Financial, LLC., 1100 Virginia Drive, Ste 100A, Fort Wasington, PA 19034-3277 |
| 516639370 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 516639371 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516639378 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 516743303 | | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 516639380 | | Ditech, PO Box 6176, Rapid City, SD 57709-6176 |
| 516639381 | + | Ditech Financial, 1100 Virginia Dr., #100A, Fort Washington, PA 19034-3277 |
| 516771074 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516639383 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 516639382 | + | First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 516639389 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |
| 518449528 | + | VRMTG Asset Trust, Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Attn BK Dept Houston TX 77042-4546 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2020 21:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2020 21:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516639369 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2020 21:52:00 | Annie Sez, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 516639374 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 18 2020 22:08:02 | Capital One Bank Usa NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 516727039 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2020 22:07:47 | CW Nexus Credit Card Holdings l, LLC, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516639372 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 18 2020 22:13:41 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516872286 | + | Email/Text: bankruptcy@cavps.com | Dec 18 2020 21:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516639375 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2020 21:52:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 516639376 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2020 21:52:00 | Comenity Bank/Annie Sez, 995 W 122nd Avenue, Westminster, CO 80234-3417 |
| 516639377 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 18 2020 21:52:00 | Comenity Bank/Brylane Home, PO Box 182789, Columbus, OH 43218-2789 |
| 516639379 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2020 22:08:04 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 516639387 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2020 21:52:00 | Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 516789288 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2020 22:11:07 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516791617 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2020 21:52:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516727038 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2020 22:07:37 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516639388 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2020 22:13:24 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516889242 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 22:13:53 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516890334 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 22:13:53 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516756272 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2020 21:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516639390 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 22:13:28 | Syncb, PO Box 965024, Orlando, FL 32896-5024 |
| 516639391 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 22:13:28 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516639392 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 22:13:28 | Syncb/JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 516639393 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 22:13:28 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 516639394 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 22:13:29 | Syncb/Sleepys, PO Box 965036, Orlando, FL 32896-5036 |
| 516639395 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 22:10:34 | Syncb/Tjx Cos, PO Box 965005, Orlando, FL 32896-5005 |
| 516639396 | | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 22:13:29 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516639373 | *+ | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516639386 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P0 Box 105572, Atlanta, GA 30348 |
| 516639385 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 516639384 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518449529 | *+ | VRMTG Asset Trust, Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Attn BK Dept, Houston TX 77042-4546 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 137 | Total Noticed: 40 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian C. Nicholas
  on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Loss Mitigation Ditech Financial  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor VRMTG Asset Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
  on behalf of Debtor Marie R ST-Phard herbertraymond@gmail.com
  raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kevin Gordon McDonald
  on behalf of Creditor VRMTG Asset Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Shauna M Deluca
  on behalf of Creditor VRMTG Asset Trust sdeluca@rasflaw.com

Sindi Mncina
  on behalf of Creditor VRMTG Asset Trust smncina@rascrane.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9