Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
----------------------------------------------------------------

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 17-12633 (JKS) |
| | |
| MARIE ST-PHARD, | |
| | |
| DEBTOR(S). | |
| | |

----------------------------------------------------------------

### CERTIFICATION OF DEBTOR'S COUNSEL
### SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

HERBERT B. RAYMOND, Esquire, hereby certifies as follows:

1.    I represented the debtor in connection with the following

proceeding(s) in debtor's chapter 13 case:


### STANDARD FEES

_____  Prosecution of motion on behalf of Debtor.  $500.00

        Nature of Motion:

        Hearing Date(s):

_____  Defense of motion on behalf of debtor        $400.00
        (Including filing Objection to Creditor's
        or Trustee's Certification of Default).

        Nature of Motion

        Hearing Date(s):

_____  Additional court appearance(s).              $100.00
        (Not to exceed three).

        Purpose:

        Hearing Date(s):

_XXX_  Filing and appearance on a modified           $300.00
        Chapter 13 Plan.

Filed December 10, 2021

_XXX_   Preparation and filing of Certification      $300.00
        Of Debtor of COVID-19 Material Hardship in
        Support of Modified Chapter 13 Plan.

Filed December 10, 2021


_____  Preparation of Wage Order                    $100.00


_____  Preparation and filing of Amendments         $100.00
        to Schedules D, E, F or List of Creditors.


_____  Preparation and filing of other amended      $100.00
        schedules.

_____  Preparation and filing of Application        $200.00
        for Retention of Professional.

_____  Preparation and filing of Notice of Sale     $100.00
        or Settlement of Controversy.

_XXX_   Preparation and filing of Application for     $250.00
        Extension of Loss Mitigation.

        1. Filed March 16, 2021
        2. Filed June 15, 2021

### **NON-STANDARD FEES**


Describe non-standard services in detail, and attach a time
detail (including applicable hourly rates) as Exhibit A:


Describe non-standard expenses in detail:

2.   To date, in this case:

        I have applied for fees (including original retainer)
        in the amount of : $7,430.00

        To date, I have received: $7,430.00

3.   I seek compensation for services rendered in the amount of
     _$1,100.00__ payable:

     _XXX_ through the Chapter 13 plan as an administrative
           priority.

     _____ outside the plan.

4.    _____ This allowance will not impact on plan payments.


     _xxx_ This fee will impact on plan payments.

               Present plan: $19,776 paid in through December 2021

                              $350 per month for eight (8) months
starting January 2022

                              $1,119 per month for eighteen (18)
months starting September 2022

               Proposed plan: **$19,776 paid in through December 2021**

                              **$350 per month for eight (8) months
starting January 2022**

                              **$1,130 per month for eighteen (18)
months starting September 2022**

     I certify that I have not filed any fee application within

     the last 120 days.

      I certify under penalty of perjury that the foregoing is

      true and correct.

Dated: January 8, 2022        /S/ HERBERT B. RAYMOND, ESQ.

                              _____

                              Signature of Applicant