Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−12633−JKS  
Chapter: 13  
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Marie R ST−Phard  
aka Marie R St. Phard, aka Marie R Saint  
Phard, aka Marie R STPhard  
762−764 Stuyvesant Avenue  
Irvington, NJ 07111

Social Security No.:  
xxx−xx−8898

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       2/10/22  
Time:       10:00 AM  
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES  
$1,100.00

EXPENSES  
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 10, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12633-JKS |
| Marie R ST-Phard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 10, 2022 | Form ID: 137 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marie R ST-Phard, 762-764 Stuyvesant Avenue, Irvington, NJ 07111 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| lm | + | Ditech Financial, LLC., 1100 Virginia Drive, Ste 100A, Fort Wasington, PA 19034-3277 |
| 516639370 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516639380 | | Ditech, PO Box 6176, Rapid City, SD 57709-6176 |
| 516639381 | + | Ditech Financial, 1100 Virginia Dr., #100A, Fort Washington, PA 19034-3277 |
| 516771074 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516639382 | ++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 516639383 | ++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 516639389 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |
| 518449528 | + | VRMTG Asset Trust, Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Attn BK Dept Houston TX 77042-4546 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516639369 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | Annie Sez, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 516639371 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 10 2022 20:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516639374 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:07 | Capital One Bank Usa NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 516727039 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2022 20:54:13 | CW Nexus Credit Card Holdings l, LLC, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516639372 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2022 20:54:07 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516872286 | + | Email/Text: bankruptcy@cavps.com | Jan 10 2022 20:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516639375 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 516639376 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2022 20:47:00 | Comenity Bank/Annie Sez, 995 W 122nd Avenue, Westminster, CO 80234-3417 |
| 516639377 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 10 2022 20:47:00 | Comenity Bank/Brylane Home, PO Box 182789, Columbus, OH 43218-2789 |
| 516639378 | + | Email/Text: BKPT@cfna.com | Jan 10 2022 20:47:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 516743303 | | Email/Text: BKPT@cfna.com | Jan 10 2022 20:47:00 | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 516639379 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2022 20:54:15 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 516639382 | | Email/Text: BNSFN@capitalsvcs.com | Jan 10 2022 20:47:00 | First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 516639383 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 10 2022 20:47:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 516639387 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2022 20:47:00 | Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 516789288 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2022 20:54:09 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516791617 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2022 20:47:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516727038 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2022 20:54:07 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516639388 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2022 20:54:07 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516889242 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:08 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516890334 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2022 20:54:08 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516756272 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2022 20:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516639390 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:19 | Syncb, PO Box 965024, Orlando, FL 32896-5024 |
| 516639391 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:18 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516639392 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:18 | Syncb/JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 516639393 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:12 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 516639394 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:12 | Syncb/Sleepys, PO Box 965036, Orlando, FL 32896-5036 |
| 516639395 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:06 | Syncb/Tjx Cos, PO Box 965005, Orlando, FL 32896-5005 |
| 516639396 | | Email/PDF: gecsedi@recoverycorp.com | Jan 10 2022 20:54:13 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516639373 | *+ | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516639386 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P0 Box 105572, Atlanta, GA 30348 |

| | | | |
|---|---|---|---|
| 516639385 | *P++ | | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 516639384 | *P++ | | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518449529 | *+ | | VRMTG Asset Trust, Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Attn BK Dept, Houston TX 77042-4546 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

**Name** — **Email Address**

Brian C. Nicholas
on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Loss Mitigation Ditech Financial LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor VRMTG Asset Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Marie R ST-Phard herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kevin Gordon McDonald
on behalf of Creditor VRMTG Asset Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Shauna M Deluca
on behalf of Creditor VRMTG Asset Trust sdeluca@raslg.com

Sindi Mncina
on behalf of Creditor VRMTG Asset Trust smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9