| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Raymond and Raymond, Esqs.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | **Order Filed on February 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>  MARIE ST-PHARD,<br><br>  DEBTOR(S) | Case No.:  17-12633 (JKS)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages is hereby ORDERED.

**DATED: February 15, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Marie St-Phard,  Debtor(s)

Case no.:  17-12633 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,100.00** for services rendered and expenses in the amount **$0.00**   for a total of **$1,100.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

***The debtor's monthly plan payment is modified to require payments as follows:***

    **$19,776 paid in through December 2021**

    **$350 per month for eight (8) months starting January 2022**

    **$1,130 per month for eighteen (18) months starting September 2022**

***These payments are to be made by the Debtor to the Chapter 13 Trustee, Marie-Ann Greenberg, Esq.***