UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor

VRMTG ASSET TRUST

In Re:

Marie R ST-Phard,

Debtor,

Case No.:   17-12633-JKS

Chapter:   13

Judge:   John K. Sherwood

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     VRMTG ASSET TRUST

    Old address:   Selene Finance LP
                    9990 Richmond Ave. Suite 400
                    Attn: BK Dept
                    Houston, TX 77042

    New address:   Selene Finance LP
                    Attn: BK Dept
                    3501 Olympus Blvd, Suite 500
                    Dallas, TX 75019

    New phone no.:

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   ___06/06/2022___          ____/s/ Sindi Mncina_____
                                                    Signature

*rev.2/1/16*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2022, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Marie R ST-Phard
762-764 Stuyvesant Avenue
Irvington, NJ 07111

And via electronic mail to:

Herbert B. Raymond
7 Glenwood Ave
Suite #408
4th Floor
East Orange, NJ 07017

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102


By: /s/ Franklin Garcia

*rev.2/1/16*