UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

**IN RE:**  CASE NO.: 17-12633
  CHAPTER 13

**Marie R ST-Phard,**
  **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of VRMTG Asset Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Authorized Agent for Secured Creditor
> 130 Clinton Rd #202
> Fairfield, NJ 07004
> Telephone: 470-321-7112
>
> By: /s/Harold Kaplan
>   Harold Kaplan
>   Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIE R ST-PHARD
762-764 STUYVESANT AVENUE
IRVINGTON, NJ 07111

And via electronic mail to:

HERBERT B. RAYMOND
7 GLENWOOD AVE
SUITE #408
4TH FLOOR
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Tere Garcia