Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12633−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie R ST−Phard
   aka Marie R St. Phard, aka Marie R Saint
   Phard, aka Marie R STPhard
   762−764 Stuyvesant Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8898

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/22/22 at 10:00 AM

to consider and act upon the following:

*156* − Creditor's Certification of Default (related document:77 Order on Motion For Relief From Stay) filed by Harold N. Kaplan on behalf of VRMTG Asset Trust. Objection deadline is 08/31/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Kaplan, Harold)

*157* − Certification in Opposition to (related document:156 Creditor's Certification of Default (related document:77 Order on Motion For Relief From Stay) filed by Harold N. Kaplan on behalf of VRMTG Asset Trust. Objection deadline is 08/31/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor VRMTG Asset Trust) filed by Herbert B. Raymond on behalf of Marie R ST−Phard. (Raymond, Herbert)

Dated: 9/1/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court