Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 17−12633−JKS
                                  Chapter: 13
                                  Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marie R ST−Phard
    aka Marie R St. Phard, aka Marie R Saint
    Phard, aka Marie R STPhard
    762−764 Stuyvesant Avenue
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−8898

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/12/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 12, 2022
JAN: rah

                                                                                                                           Jeanne Naughton
                                                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12633-JKS |
| Marie R ST-Phard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 12, 2022 | Form ID: 148 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marie R ST-Phard, 762-764 Stuyvesant Avenue, Irvington, NJ 07111 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| lm | + | Ditech Financial, LLC., 1100 Virginia Drive, Ste 100A, Fort Wasington, PA 19034-3277 |
| 516639380 | | Ditech, PO Box 6176, Rapid City, SD 57709-6176 |
| 516639381 | + | Ditech Financial, 1100 Virginia Dr., #100A, Fort Washington, PA 19034-3277 |
| 516771074 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516639389 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 12 2022 21:04:00 | VRMTG Asset Trust, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 516639369 | + | EDI: WFNNB.COM | Dec 13 2022 02:03:00 | Annie Sez, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 516639370 | + | EDI: BANKAMER.COM | Dec 13 2022 02:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516639371 | + | EDI: TSYS2 | Dec 13 2022 02:03:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516639374 | | EDI: CAPITALONE.COM | Dec 13 2022 02:03:00 | Capital One Bank Usa NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 516727039 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2022 21:09:46 | CW Nexus Credit Card Holdings l, LLC, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516639372 | + | EDI: CAPITALONE.COM | Dec 13 2022 02:03:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516872286 | + | Email/Text: bankruptcy@cavps.com | Dec 12 2022 21:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516639375 | + | EDI: WFNNB.COM | Dec 13 2022 02:03:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 516639376 | + | EDI: WFNNB.COM | Dec 13 2022 02:03:00 | Comenity Bank/Annie Sez, 995 W 122nd Avenue, Westminster, CO 80234-3417 |
| 516639377 | + | EDI: WFNNB.COM | | |

Case 17-12633-JKS    Doc 167    Filed 12/14/22    Entered 12/15/22 00:14:55    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: 148 | Total Noticed: 42 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Dec 13 2022 02:03:00 | Comenity Bank/Brylane Home, PO Box 182789, Columbus, OH 43218-2789 |
| 516639378 | + | EDI: CRFRSTNA.COM | Dec 13 2022 02:03:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 516743303 | | EDI: CRFRSTNA.COM | Dec 13 2022 02:03:00 | Credit First NA, BK13 Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 516639379 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 12 2022 21:09:48 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 516639382 | | Email/Text: BNSFN@capitalsvcs.com | Dec 12 2022 21:04:00 | First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 516639383 | | Email/Text: BNBLAZE@capitalsvcs.com | Dec 12 2022 21:04:00 | Fsb Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 516639387 | | EDI: IRS.COM | Dec 13 2022 02:03:00 | Internal Revenue Service, Insolvency Operations, PO Box 21125, Philadelphia, PA 19114 |
| 516789288 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2022 21:09:48 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516791617 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2022 21:04:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516727038 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2022 21:09:47 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516639388 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2022 21:09:51 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516889242 | | EDI: PRA.COM | Dec 13 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516890334 | | EDI: PRA.COM | Dec 13 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516756272 | | EDI: Q3G.COM | Dec 13 2022 02:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518449528 | + | Email/Text: bkteam@selenefinance.com | Dec 12 2022 21:04:00 | Selene Finance, LP ., Attn BK Dept, 3501 Olympus Blvd. Ste. 500, Dallas, TX 75019-6295 |
| 516639390 | + | EDI: RMSC.COM | Dec 13 2022 02:03:00 | Syncb, PO Box 965024, Orlando, FL 32896-5024 |
| 516639391 | + | EDI: RMSC.COM | Dec 13 2022 02:03:00 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516639392 | + | EDI: RMSC.COM | Dec 13 2022 02:03:00 | Syncb/JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 516639393 | + | EDI: RMSC.COM | Dec 13 2022 02:03:00 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 516639394 | + | EDI: RMSC.COM | Dec 13 2022 02:03:00 | Syncb/Sleepys, PO Box 965036, Orlando, FL 32896-5036 |
| 516639395 | + | EDI: RMSC.COM | Dec 13 2022 02:03:00 | Syncb/Tjx Cos, PO Box 965005, Orlando, FL 32896-5005 |
| 516639396 | | EDI: RMSC.COM | Dec 13 2022 02:03:00 | Syncb/Walmart, PO Box 965024, El Paso, TX 79998 |
| 519681193 | + | Email/Text: RASEBN@raslg.com | Dec 12 2022 21:04:00 | VRMTG Asset Trust, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |

TOTAL: 35

## BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: 148 | Total Noticed: 42 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516639373 | *+ | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516639386 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P0 Box 105572, Atlanta, GA 30348 |
| 516639385 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 516639384 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, PO Box 724, Springfield, NJ 07081 |
| 518449529 | *+ | Selene Finance, LP, Attn BK Dept, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Ditech Financial  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor VRMTG Asset Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor VRMTG Asset Trust hkaplan@rasnj.com  kimwilson@raslg.com |
| Herbert B. Raymond | on behalf of Debtor Marie R ST-Phard herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor VRMTG Asset Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor VRMTG Asset Trust k_wilsonlaw@comcast.net  courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor VRMTG Asset Trust sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor VRMTG Asset Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11