| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   MARIE R ST-PHARD |

Order Filed on December 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13 Case No.:  17-12633

HEARING DATE:  12/08/2022

Judge:  JOHN K. SHERWOOD

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: December 12, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): MARIE R ST-PHARD

Case No.:  17-12633

Caption of Order:    ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 12/08/2022, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-12633-JKS
Marie R ST-Phard  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Dec 12, 2022     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Marie R ST-Phard, 762-764 Stuyvesant Avenue, Irvington, NJ 07111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor VRMTG Asset Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Ditech Financial  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor VRMTG Asset Trust hkaplan@rasnj.com  kimwilson@raslg.com |
| Herbert B. Raymond | on behalf of Debtor Marie R ST-Phard herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor VRMTG Asset Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor VRMTG Asset Trust k_wilsonlaw@comcast.net  courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 12, 2022 Form ID: pdf903 Total Noticed: 1

Marie-Ann Greenberg
    magecf@magtrustee.com

Shauna M Deluca
    on behalf of Creditor VRMTG Asset Trust sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor VRMTG Asset Trust smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11